979 A.2d 766

IN THE MATTER OF NANCY I. OXFELD,
AN ATTORNEY AT LAW.

October 8, 2009.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–152, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **NANCY I. OXFELD** of **NEWARK,** who was admitted to the bar of this State in 1977, should be censured for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence) and *RPC* 1.4(b)(failure to communicate with client), and good cause appearing;

It is ORDERED that **NANCY I. OXFELD** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.